

**NUMBER 13-09-00082-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**T.W. LAQUAY DREDGING, INC.,**                                          **Appellant,**

**v.**

**ROEL CEPEDA,**                                                          **Appellee.**

---

**On appeal from the 103rd District Court
of Cameron County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Yañez, Rodriguez, and Benavides
Memorandum Opinion Per Curiam**

Appellant, T.W. Laquay Dredging, Inc., perfected an appeal from a judgment entered by the 103rd District Court of Cameron County, Texas, in cause number 2006-12-5922-D. Appellant has filed a motion to dismiss the appeal on grounds that the

appellant no longer wishes to pursue this appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 19th day of March, 2009.